**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**NO. 7:25-cr-00083-D-RN-1**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **NOTICE OF APPEARANCE** |
| | ) | **(Local Criminal Rule 57.1, EDNC)** |
| **DENIS BOUCHARD** | ) | |

The undersigned hereby notifies the Honorable Clerk of the United States District Court for the Eastern District of North Carolina that the undersigned has been appointed as counsel for the Defendant and is making a general appearance on behalf of Denis Bouchard in the above referenced case.

Respectfully submitted this 25th day of September 2025.

WENTZ LAW, PLLC

/s/ Brett T. Wentz
Attorney for Defendant
401 Chestnut Street, Suite C
Wilmington, NC 28401
Telephone: (910) 256-8044
Fax: (866) 206-2443
brett@brettwentzlaw.com
NC State Bar No. 34282

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I this day have served a copy of this Notice of Appearance upon the United States by electronically filing the foregoing with the Clerk of Court on September 25, 2025 using the CM/ECF system, which sends notification of such filing to:

Karen Haughton
United States Attorney's Office-EDNC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
(919) 605-9517
Karen.haughton@usdoj.gov

WENTZ LAW, PLLC

/s/ Brett T. Wentz
Attorney for Defendant
401 Chestnut Street, Suite C
Wilmington, NC 28401
Telephone: (910) 256-8044
Fax: (866) 206-2443
brett@brettwentzlaw.com
NC State Bar No. 34282