**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**NO. 7:25-cr-00083-D-RN-1**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CONSENT MOTION TO** |
| | ) | **CONTINUE ARRAIGNMENT** |
| **DENIS BOUCHARD** | ) | |

---

COMES NOW, the Defendant, by and through his counsel of record, Brett T. Wentz, and hereby moves this Court for a continuance of the arraignment in this matter from December 16, 2025 to the Court's first available February 2026 term. Counsel also requests that the pretrial motion deadline be reset in this matter. In furtherance of this motion, counsel for defendant shows upon the court the following:

1. The arraignment in this matter is scheduled to take place before this Honorable Court on December 16, 2025.

2. Undersigned counsel was retained to represent the Defendant on September 25, 2025.

3. Undersigned counsel received discovery in this matter on or about September 29, 2025.

4. Counsel for the defendant needs additional time to meet with the defendant and to review the discovery in this matter and discuss potential resolutions of his case.

5. Counsel for the government, Karen Haughton, has been notified of this Motion to Continue and has no objection to the continuance of the arraignment in this matter.

6. This motion to continue is requested in good faith and not for the purposes of delay.

7. Granting this motion would be in the interests of the administration of justice.

WHEREFORE, counsel for the defendant requests that the Arraignment in this matter be moved from December 16, 2025 to the Court's first available February 2026 term.

Respectfully submitted this 10th day of December 2025.

WENTZ LAW, PLLC

/s/ Brett T. Wentz
Attorney for Defendant
401 Chestnut Street, Suite C
Wilmington, NC 28401
Telephone: (910) 256-8044
Fax: (866) 206-2443
brett@brettwentzlaw.com
NC State Bar No. 34282

## CERTIFICATE OF SERVICE

I hereby certify that I this day have served a copy of this Motion upon the United States by electronically filing the foregoing with the Clerk of Court on December 10, 2025 using the CM/ECF system, which sends notification of such filing to:

Karen Haughton
United States Attorney's Office-EDNC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
(919) 605-9517
Karen.haughton@usdoj.gov

WENTZ LAW, PLLC

/s/ Brett T. Wentz
Attorney for Defendant
401 Chestnut Street, Suite C
Wilmington, NC 28401
Telephone: (910) 256-8044
Fax: (866) 206-2443
brett@brettwentzlaw.com
NC State Bar No. 34282