

FILED IN OPEN COURT
ON 5.20-26
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

## ORDER TO SURRENDER

**UNITED STATES OF AMERICA**
**vs.**

**CASE NO: 7:25-CR-00083-1-D**

**DENIS JOSEPH BOUCHARD**

The defendant in the above entitled action having been sentenced to the custody of the U. S. Bureau of Prisons and having requested in open court a postponement of the commencement of the sentence heretofore imposed, it is now <u>ORDERED</u>:

The defendant, Denis Joseph Bouchard, surrender to the U. S. Bureau of Prisons by reporting:

_____ to the U. S. Marshal's Office, Raleigh, N.C. as directed;
_____ to the U. S. Marshal's Office, Raleigh, N.C. by __ a.m./p.m. on _____;

_____ to the designated institution before _____ a.m./p.m. on _____;
__✓__ when otherwise notified by the Court or U. S. Marshal's Service to report.
       and no sooner than June 30, 2026.

As a condition of the defendant's release, the defendant shall continue to report to the Pretrial Services Office or, if under supervision of the U. S. Probation Office, to the office in the manner and at such times as directed.

_____
DATE

_____
PRESIDING JUDGE

ACKNOWLEDGMENT:

I acknowledge receipt of a copy of the foregoing Order and agree to report as directed therein. I understand that if I fail to do so, I may be cited for Contempt of Court and if convicted of Contempt may be punished by imprisonment or fine or both in addition to the sentence already imposed in my case.

_____
DEFENDANT

WITNESS BY:

_____
DEFENDANT'S ATTORNEY